IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>MATTHEW WILLIAM SCHWIER,<br><br>        Defendant. | Case No. 3:17-cv-00095-SLG |

**ORDER RE NON-OPPOSED MOTION TO AMEND JUDGMENT**

Before the Court at Docket 535 is Defendant Matthew Schwier's Non-Opposed Motion to Amend Judgment. Good cause being shown, IT IS HEREBY ORDERED that the motion is GRANTED.

The following language regarding the designation of the Bureau of Prisons facility shall be added on page 2 of the Judgment at Docket 529:

> *The court strongly recommends that defendant be designated to FCI Englewood, or in the alternative FCI Elkton, so that he is close to family located in South Dakota. In addition, due to the nature of the offense of conviction, the court's strong recommendation is also based on defendant being ex-law enforcement, and thus, being designated to a facility with a Sex Offender Management Program (SOMP) may provide additional safeguards for defendant's personal safety, and both FCI Englewood and FCI Elkton have SOMPs.*

Dated this 28th day of July 2023, at Anchorage, Alaska.

                                                          */s/ Sharon Gleason*
                                                         UNITED STATES DISTRICT JUDGE