# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>MATTHEW SCHWIER,<br><br>        Defendant. | Case No. 3:17-cr-00095-SLG |

## ORDER RE MOTION TO EXONERATE BOND

Before the Court at Docket 534 is Defendant Schwier's *Motion to Exonerate Bond.* The Government did not file a response. Upon Due consideration, the motion is GRANTED.

IT IS ORDERED the Clerk of the Court shall exonerate the bond evidenced by receipt ANC014332. *See*, Docket 74. The Clerk of the Court is directed to apply or return these funds in the following manner: The Clerk is directed to apply $5000 of these funds to payment of the JVTA assessment as ordered in the Judgment at Docket 529. page 7. The Clerk is directed to apply $15,000 of these funds to payment of the restitution as ordered in the Judgment at Docket 529, page 7. The Clerk is directed to return the balance of the funds in the amount of $30,000 to the following person and address: Cynthia Schwier, 404 E. Lincoln Street, Elk Point, South Dakota 57025.[1]

DATED this 21st day of August, 2023 at Anchorage, Alaska.

                              */s/ Sharon L. Gleason*
                              UNITED STATES DISTRICT JUDGE

---

[1] The Court deleted the proposed requirement that the Clerk send the funds by registered and insured mail. Although the funds are held locally, all checks are issued by the Department of Treasury in Kansas City.